UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
TIMOTHY S ROSSMANN

CASE NO. 06 B 14885

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-0718

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/13/06 and confirmed on 02/02/07.

2. The case was dismissed after confirmation, 08/01/2008.

3. The Debtor paid a total of $ 36070.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 25329.57 | .00 | 25329.57 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 11541.64 | .00 | 3219.20 |
| LITTON LOAN SERVICING IN | SECURED | 5944.57 | .00 | 5944.57 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3479.76 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 554.49 | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| TANYA TAYLOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 262.23 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1792.35 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 42815.78 | 1792.35 | 4296.48 | .00 | 48904.61 |
| PRINCIPAL PAID | 34493.34 | .00 | .00 | .00 | 34493.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 34493.34 | .00 | .00 | .00 | 34493.34 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00 and was paid $  3000.00  direct and $      .00  through the plan.

The Trustee received $   1576.66 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/12/08                             /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 06 B 14885 TIMOTHY S ROSSMANN